JS-6

*FILED-SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*JAN 2 8 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY                    DEPUTY*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFLUENT TARGET MARKETING, INC., a California corporation,<br><br>            Plaintiff(s),<br><br>     v.<br><br>DISTINCTIVE LIVING PUBLICATIONS, a business entity of unknown form; DISTINCTIVE LIVING MAGAZINE, a business entity of unknown form; RICH RITACCO, individually and doing business as, DISTINCTIVE LIVING PUBLICATIONS and/or DISTINCTIVE LIVING MAGAZINE,<br><br>            Defendant(s). | CASE NO. CV06-6867 DOC(MLGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Having read and considered the Joint Stipulation Dismissing entire Action With Prejudice, and the Confidential Settlement Agreement, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that this action shall be and hereby is dismissed in its entirety with prejudice. Each party on each side, plaintiffs and defendants, shall bear his or its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

DATED: January 28, 2008

_____
DAVID O. CARTER
United States District Judge